No. 720. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. *v.* SUMMERFIELD, POSTMASTER GENERAL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *J. Carter Fort, Gregory S. Prince, Francis M. Shea, Philip F. Welsh* and *Lawrence J. Latto* for petitioners. *M. L. Countryman, Jr.* for the Northern Pacific Railway Co., and *Stanfield B. Johnson* and *Robert J. McLean* for the Southern Pacific Co., petitioners. *Solicitor General Sobeloff, Acting Assistant Attorney General Leonard, Paul A. Sweeney, Edward H.*

*Hickey, Morton Hollander, Abe McGregor Goff* and *Eugene J. Brahm* for respondent.

